UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

ANTONIO DECARLO MCGUIRE              PLAINTIFF

v.              CIVIL ACTION NO. 4:13CV-P28-JHM

UNION COUNTY JAIL *et al.*              DEFENDANTS

### MEMORANDUM OPINION

  Plaintiff Antonio DeCarlo McGuire, a *pro se* prisoner, initiated this civil action under 42 U.S.C. § 1983. Upon filing the instant action, he assumed the responsibility of keeping this Court advised of his current address and to actively litigate his claims. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

  The Clerk of Court sent a mailing to Plaintiff on November 12, 2014. On November 24, 2014, that mailing was returned by the United States Postal Service marked "Return to Sender, Not Deliverable, Unable to Forward." Plaintiff apparently is no longer housed at his address of record, and he has not advised the Court of a change of address. Therefore, neither notices from this Court nor filings by Defendants can be served on Plaintiff. In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Furthermore, Fed. R. Civ. P. 41(b) permits the Court to dismiss the action "[i]f the plaintiff fails to prosecute or to comply with these rules

or a court order." Because it appears to this Court that Plaintiff has abandoned any interest in prosecution of this case, the Court will dismiss the case by separate Order.

Date: January 6, 2015

                                               **Joseph H. McKinley, Jr., Chief Judge**
                                               **United States District Court**

cc:     Plaintiff, *pro se*
4414.010